IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DONALD ISAIAH RILEY,<br><br>　　　　　　Defendant. | 8:25-CR-27<br><br>ORDER TO DISMISS FORFEITURE ALLEGATION |

　　　　This matter comes on before the Court upon the Government's Motion to Dismiss Forfeiture Allegation. Filing 34. The Court has reviewed the record in this case and, being duly advised in the premises, finds the Government's Motion should be granted.

　　In light of the foregoing,

　　IT IS ORDERED:

　　　　1. The Government's Motion to Dismiss Forfeiture Allegation, Filing 34, is granted; and

　　　　2. The Forfeiture Allegation in the Indictment, Filing 1, is dismissed as to the defendant.

　　Dated this 28th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　United States District Judge